# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| REALTY WORLD AMERICA, INC., a Nevada Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v ) ) | |
| LISA KRAMER, an individual, ) ) | CIVIL NO. 1:07-CV-066 |
| Defendant. ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Adam Kargman and Don Hernandez of the law firm of The Hernandez Law Group, to appear as counsel for the plaintiff in this matter filed on March 2, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Adam Kargman and Don Hernandez are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: March 6, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge