# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:07cv066

| | |
|---|---|
| REALTY WORLD AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LISA KRAMER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

On July 12, 2007, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur on or before October 15, 2007. However, there is no report in the record regarding the parties' mediation.

**IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within 15 days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: November 5, 2007

Martin Reidinger
United States District Judge