# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv66

| REALTY WORLD AMERICA, INC., a Nevada corporation, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| LISA KRAMER, an individual, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the court on plaintiff's response to the district court's November 5, 2007, Order. In that response, counsel request that the court dispense with mediation. Juxtaposed with such request is plaintiff's earlier representations that this matter had settled. In accordance with the direction of the district court, the court will convene a Judicial Settlement Conference on Friday, December 7, 2007, at 9:30 a.m. in the chambers of the undersigned in Asheville. At that conference, all counsel of record for plaintiff shall appear along with a corporate representative and defendant, who is representing herself, shall appear personally. All parties are cautioned that attendance at this conference is mandatory and that failure to attend may result in the imposition of sanctions, a recommendation of involuntary termination or imposition of judgment, and/or a finding of civil contempt. Such conference may, however, be cancelled if the parties submit a joint motion for entry of a consent judgment and a proposed consent judgment not later than December 5, 2007.

# ORDER

**IT IS, THEREFORE, ORDERED** that this matter is calendared for a Judicial Settlement Conference on Friday, December 7, 2007, beginning at 9:30 a.m. in the chambers of the undersigned in Asheville.

```
                              Signed: November 26, 2007
```

Dennis L. Howell
United States Magistrate Judge