# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv66

| | |
|---|---|
| REALTY WORLD AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LISA KRAMER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Notice of Plaintiff's Intent Not to Pursue Further Remedies and Request that Hearing Be Taken Off Calendar, filed February 22, 2008.

On February 11, 2008, the Court entered a Judgment in favor of the Plaintiff Realty World America, Inc. with respect to the issue of Defendant's liability for trademark infringement, trademark dilution, and unfair competition. By way of a separate Order, the Court set this matter for a hearing during the March 17, 2008 civil trial term with respect to the Plaintiff's demand for an award of damages sustained by Plaintiff by

reason of Defendant's acts of trademark infringement, as well as Plaintiff's demand for prejudgment interest and attorney's fees.

Subsequently, the Plaintiff filed a Notice, advising that it does not intend to pursue such remedies and requesting that the hearing be taken off the calendar. The Court will treat the Plaintiff's Notice as a motion for voluntary dismissal of its claims for damages, prejudgment interest, and attorney's fees.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED**, that the Plaintiff's motion for voluntary dismissal of its claims for damages, prejudgment interest, and attorney's fees is **GRANTED**, and those claims are hereby **DISMISSED**. There being no remaining claims to adjudicate, **IT IS FURTHER ORDERED** that the Clerk of the Court is **DIRECTED** to close this matter.

    **IT IS SO ORDERED.**

Signed: March 3, 2008

Martin Reidinger
United States District Judge